296 F.2d 732
 MOHAWK RUBBER CO., Appellant
v.
N. H. TAYLOR, etc.
N. H. TAYLOR, etc., Appellant
v.
MOHAWK RUBBER CO.
 No. 16853.
 No. 16854.
 United States Court of Appeals Eighth Circuit.
 November 20, 1961.
 
 Appeals from the United States District Court for the Eastern District of Arkansas.
 J. W. Barron, Little Rock, Ark., for Mohawk Rubber Co.
 Eugene R. Warren, Little Rock, Ark., for N. H. Taylor, etc.
 PER CURIAM.
 
 
 1
 Appeals from District Court dismissed on stipulation and motion.